UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEON SERRANT, ELISHA FEDER, and SYLVIA OSEI, on behalf of themselves and other similarly situated,<br><br>                  Plaintiffs,<br><br>      v.<br><br>LE CIRQUE, INC. d/b/a LE CIRQUE RESTAURANT, and SIRIO MACCIONI,<br><br>                  Defendants. | No. 09-CV-00151<br><br>**DEFENDANT LE CIRQUE'S RULE 7.1 STATEMENT** |

        Pursuant to Federal Rules of Civil Procedure 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Le Cirque, Inc. d/b/a Le Cirque Restaurant ("Defendant Le Cirque"), certify that Defendant Le Cirque has no corporate interests, subsidiaries, or affiliates which are publicly held.

                                  Respectfully submitted,

                        JACKSON LEWIS LLP
                            59 Maiden Lane
                            New York, New York   10038-4502
                            (212) 545-4000

                By:       *s/ Felice B. Ekelman*
                            Felice B. Ekelman (FE 5692)
                            Allison C. Spivak (AS 1628)
                            Noel P. Tripp (NT 8931)

                            ATTORNEYS FOR DEFENDANTS

Dated: March 2, 2009
      New York, New York